**Order entered March 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01496-CR

**ZACHERY LEATCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-51448-R**

## ORDER

Appellate counsel Kathleen Walsh filed a motion to withdraw as counsel and an *Anders* brief in support of the motion. The clerk's record filed in this appeal does not contain a copy of the trial court's order appointing Ms. Walsh or the Dallas County Public Defender's Office to represent appellant, nor did the Court separately receive an order appointing counsel with the notice of appeal and docketing statement.

Accordingly, we **ORDER** Kathleen Walsh to ensure the Dallas County District Clerk has a copy of the order appointing the Dallas County Public Defender's Office as counsel. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the order appointing the Dallas County Public Defender's Office as counsel for appellant on this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Kathleen Walsh, Dallas County Public Defender's Office; Felicia Pitre, Dallas County District Clerk; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
JUSTICE